## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
Case No. 3:14-CV-513

JOSEPH W. GRIER, III, in his capacity as the
court-appointed Receiver for James H. Mason,
The JHM Forex Only Pool (f/k/a The JHM Forex
Only Pool, LP) and Forex Trading At Home,

                    Plaintiff,

     v.

STEPHEN H. GALLAGHER and LYNN J.
GALLAGHER, both individually and in their
capacity as Trustees of The Gallagher Family
Trust,

                 Defendants.

**CONSENT ORDER LIFTING
PRELIMINARY INJUNCTION**

      **THIS MATTER** comes before the Court on the consent of the parties to this proceeding

in connection with a settlement reached by the parties, as approved by Orders of this Court

entered on December 15, 2014 and December 30, 2014 in the related action *CFTC. v. Mason* et

al., case no. 3:13-cv-196. The Court is informed that the parties have agreed to lift the injunction

imposed by the *Consent Order Granting Preliminary Injunction and Pre-Judgment Attachment*

(the "Injunction") entered on September 26, 2014 (Doc. No. 13).

      **IT IS, THEREFORE, ORDERED** that the Injunction is LIFTED.

**SO ORDERED.**

Signed on this 4th day of February, 2015.

Graham C. Mullen
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY BY:

_____
Joseph W. Grier, III, in his capacity as the
court-appointed Receiver for James H.
Mason, The JHM Forex Only Pool (f/k/a
The JHM Forex Only Pool, LP) and Forex
Trading At Home

_____
Stephen H. Gallagher, both individually and
in his capacity as Trustee of The Gallagher
Family Trust

_____
Lynn J. Gallagher, both individually and in
her capacity as Trustee of The Gallagher
Family Trust